UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                               )<br>)<br>PATRICK GALLAGHER,                       )<br>    a/k/a "Kevin Clarke,"                         )<br>        Defendant                                       ) | CRIMINAL NO.  21-MJ-02135-MBB |

### AFFIDAVIT OF OUTSTANDING ARREST WARRANT
### PURSUANT TO FED. R. CRIM. P. 5(c)(3)

I, Kevin Towers, Postal Inspector, United States Postal Inspection Service, do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one PATRICK GALLAGHER, a/k/a "Kevin Clarke," on an indictment issued by the United States District Court for the Southern District of Florida on April 6, 2021, charging the defendant with conspiracy to commit securities fraud, in violation of 18 U.S.C. §371; securities fraud, in violation of 15 U.S.C. §§78j(b), 78ff and 17 C.F.R. §240.10b-5; conspiracy to commit wire fraud, in violation of 18 U.S.C. §1349; and conspiracy to commit money laundering, in violation of 18 U.S.C. §1956(h). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

<em>/s/ Kevin Towers</em><br>
Kevin Towers<br>
Postal Inspector<br>
U.S. Postal Inspection Service

Sworn to by videoconference in accordance with Fed. R. Crim. P. 4.1 this 8th day of April 2021.



HON. MARIANNE B. BOWLER
United States Magistrate Judge