AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Patrick Gallagher, a/k/a "Kevin Clarke," et al. | ) | 21-CR-60103-Smith/Valle |
| *Defendants.* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Patrick Gallagher, a/k/a "Kevin Clarke," ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Securities Fraud, in violation of Title 18, United States Code, Section 371; Securities Fraud, in
violation of Title 15, United States Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal Regulations, Section
240.10b-5; Conspiracy of Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349; and Conspiracy
to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h).

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____   Deputy Clerk
Date 4|7|2021

Date:   4/6/2021                                         _____
                                                         *Issuing officer's signature*

City and state:   Miami, FL                 Angela E. Noble, Clerk of Court / Court Administrator
                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____                   _____ |
| *Arresting officer's signature* |
| |
| _____ |
| *Printed name and title* |